# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

## CAPITAL CASE

MARCEL WILLIAMS                                                PLAINTIFF

v.                      Case No. 5:17-cv-00103 KGB

WENDY KELLEY, *et al.*                                      DEFENDANTS

## ORDER

For the reasons stated in the Court's hearing on Mr. Williams' emergency motion, the Court denies Mr. Williams' emergency motion. The Court lifts its temporary stay of Mr. Williams' execution.

So ordered this 24th day of April, 2017 at 9:22 p.m.

_____
Kristine G. Baker
United States District Judge