IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

CAPITAL CASE

**MARCEL WILLIAMS**                                                                                           **PLAINTIFF**

**v.**                              Case No. 5:17-cv-00103 KGB

**WENDY KELLEY,** *et al.*                                                                         **DEFENDANTS**

## JUDGMENT

In accordance with the Order entered on this date, the Court dismisses this action with prejudice.

So adjudged this 21st day of July, 2017.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge